# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JARON FINKLEA, on behalf of himself
and others similarly situated,

Plaintiff,                                          Case No.: 6:21-cv-01043-PGB-EJK

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, plaintiff, Jaron Finklea, and defendant, Credence Resource Management, LLC (CRM), by and through undersigned counsel, do hereby stipulate to the dismissal of the above-styled action with prejudice against CRM. Each party is to bear its own fees and costs.

Date: February 22, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ *Alexander D. Kruzyk* | /s/ *Michael P. Schuette* |
| Alexander D. Kruzyk | Michael P. Schuette, Esq. |
| Florida Bar No. 112052 | Florida Bar No. 0106181 |
| GREENWALD DAVIDSON RADBIL PLLC | Dayle M. Van Hoose, Esq. |
| 401 Congress Avenue, Suite 1540 | Florida Bar No. 0016277 |
| Austin, TX 78701 | SESSIONS, ISRAEL & SHARTLE |
| Tel: (512)-803-1578 | 3350 Buschwood Park Drive, Ste. 195 |
| akruzyk@gdrlawfirm.com | Tampa, Florida 33618 |
| | Telephone: (813) 890-2460 |

1

2

James L. Davidson
Florida Bar No. 723371
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com

*Counsel for Plaintiff*

Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal

*Counsel for Defendant,*
*Credence Resource Management, LLC*