# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JARON FINKLEA,**

      **Plaintiff,**

**v.**                                                 **Case No: 6:21-cv-1043-PGB-EJK**

**CREDENCE RESOURCE MANAGEMENT, LLC,**

      **Defendant.**

_____/

## **ORDER**

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed February 22, 2022 (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Credence Resource Management, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 22, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties